NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| RON FIELD,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF ORANGE, DEPUTY A. WYFFELS #1027, individually and a peace officer,<br>DOES 1-10, inclusive,<br><br>    Defendant. | CASE NO. SACV06- 595 PSG (ANx)<br><br>The Hon. Philip S. Gutierrez<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER RE SUPPLEMENTAL DOCUMENT PRODUCTION**<br><br>ACTION FILED: June 29, 2006<br>TRIAL DATE: June 24, 2008 |

The parties' Stipulated Protective Order Re Supplemental Document Production is granted, however, paragraph 6 is stricken and modified as follows:

The parties shall comply with Local Rule 79-5 when submitting Confidential Materials to the Court in connection with applications and motions. If the text of any motion or joint stipulation contains or discusses the content of a Confidential Material, the moving party shall file a public copy that redacts only the part of the motion or joint stipulation that is deemed to contain confidential material, and a full unredacted version shall be lodged under seal in the manner required by Local Rule 79-5. Similarly, to the extent a party wishes to attach Confidential Material as an exhibit to

4830-5610-7010.1

1  a declaration in support of a motion or opposition, the declaration shall be
2  filed publicly but the confidential exhibit or exhibits shall be appropriately
3  marked and separately lodged under seal in the manner required by Local
4  Rule 79-5, and the tab where the exhibit was to appear shall indicate the
5  exhibit was lodged under seal.

**IT IS SO ORDERED.**

DATED: February 1, 2008        By: /s/ ARTHUR NAKAZATO
                                   Arthur Nakazato
                                   United States Magistrate Judge

4830-5610-7010.1                          -2-