E-FILED 05-06-08
JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| RON FIELD, | CASE NO. SACV06- 595 PSG (ANx) |
| Plaintiff, | The Hon. Philip S. Gutierrez |
| v. | **[PROPOSED] JUDGMENT** |
| COUNTY OF ORANGE, DEPUTY A. WYFFELS #1027, individually and a peace officer, DOES 1-10, inclusive, | |
| Defendant. | |

The motion for summary of judgment of Defendant Deputy A. Wyffels and Defendant County of Orange was heard before the Honorable Philip S. Guitierrez, United States District Court Judge, without oral argument in accordance with Fed. R. Civ. P. 78 and Local R. 7-15, and the evidence presented having been fully considered, the issues having been duly heard, and the decision having been duly rendered that all of plaintiff Ron Field's claims fail as a matter of law,

///

///

4841-0699-5714.1

1    IT IS HEREBY ORDERED AND ADJUDGED that plaintiff take nothing, that
2 the action be dismissed on the merits and that Defendants recover their costs.
3
4 DATED:   5/6/08             PHILIP S. GUTIERREZ
5                                                     United States District Judge

4841-0699-5714.1